RECEIVED & FILED

'07 NOV -5 P3:07

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

IN RE:

HOLLY M. SERVIN ) 05-22793
)
Debtor. ) HEARING DATE:
) HEARING TIME:
)
) MOTION TO WITHDRAW MONEYS
) UNDER 28 U.S.C. 2042

There was a dividend check in the amount of $1,049.59 in the above named case issued to Ford Motor Credit Company LLC. Said check having not been cashed by said payee, the Trustee, pursuant to 11 U.S.C. 347(a), delivered the unclaimed money to the clerk, U.S. Bankruptcy Court.

**PLEASE CROSS OUT THE PARAGRAPH THAT DOES NOT APPLY:**

1. Claimant is the creditor or debtor in whose behalf these moneys were deposited and is entitled to the moneys deposited.

2. ~~Claimant is not the creditor but is entitled to payment of these moneys because:~~ **(Please state the basis for your claim to the moneys.)**

_____.

(Please attach copies of any supporting documentation.[1])

---

(i) If claimant is heir of deceased creditor, attach copies of death certificate and heirship order of court.

(ii) If claimant is assignee of creditor, attach copy of assignment.

(iii) If claimant is corporate successor of creditor, attach copies of all documents demonstrating such status.

(iv) If claimant is agent of creditor for purposes of filing this application, attach a copy of the agency agreement.

(v) Attach other documents showing entitlement should none of the foregoing apply.

Date: 10/31/07

_____
Signature of Claimant or Attorney

Greg Griffith
American Property Locators, Inc.
Attourney-in-fact
Printed Name

3855 S. Boulevard, Suite 200
Edmond, OK 73013
Mailing Address